UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON D. MEADOR, | No. 2:15-cv-2378 KJN P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. On November 16, 2015, plaintiff filed an "emergency" temporary restraining order. On November 20, 2015, the undersigned issued an order requiring, *inter alia*, the supervising deputy attorney to provide a status report. On December 3, 2015, the status report was filed. On December 10, 2015, plaintiff filed a motion to dismiss this action without prejudice, stating that the retaliation had stopped following his return to Salinas Valley State Prison.[1] Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored. Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: April 28, 2016

/mead2378.59

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also asked the court to issue an order requiring Supervising Deputy Attorney General Anderson to make herself available to stop any further retaliation. However, this court lacks jurisdiction to issue such an order.

1